IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSEMARY M. COMYFORD,

    Plaintiff,

vs.                                                               No. CIV 09-0303 JB/WDS

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER AWARDING ATTORNEY FEES UNDER
## THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** comes before the Court upon the Plaintiff's Application for Attorney Fees Under Equal Access to Justice Act, filed August 19, 2011 (Doc. 24). The Defendant has no objection to the Motion. See Response to Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act at 1, filed August 31, 2011 (Doc. 26). The Court finds that it shall grant the motion for attorney fees.

**IT IS ORDERED** that: (i) the Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act is granted; (ii) attorney fees be, and hereby are, awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), payable to Plaintiff Rosemary M. Comyford, in the amount of $7,045.90, see Astrue v. Ratliff, 130 U.S. 2521, 2527 (2010) (holding that EAJA fees are paid to the prevailing party, not the attorney); and (iii) if Comyford's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Comyford pursuant to Weakley v. Bowen, 803 F.2d 575, 580 (10th Cir. 1986).

                                              _____
                                              UNITED STATES DISTRICT JUDGE

*Counsel*:

Patricia W. Glazek
Sante Fe, New Mexico

      *Attorney for the Plaintiff*

Kenneth J. Gonzales
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
Albuquerque, New Mexico

*-- and --*

Dianne M. Pryor
 Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
Dallas, Texas

      *Attorneys for the Defendant*